**Opinion issued December 3, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00527-CV

———————————

## IN RE FREEPORT-MCMORAN OIL & GAS LLC, AND MCMORAN OIL AND GAS LLC, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators, Freeport-McMoRan Oil & Gas LLC and McMoRan Oil & Gas LLC, challenge the trial court's July 9, 2019 order compelling discovery in the underlying case.[1] We deny the petition and lift the stay imposed by our July 23, 2019 order.

---

[1] The underlying case is *Huntington Alloys Corporation, et al. v. Freeport-McMoRan Oil & Gas LLC*, cause number 2015-72600, pending in the 164th District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.

## PER CURIAM

Panel consists of Justices Lloyd, Goodman, and Landau.